BERTHA A. EHRMANN, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued October 11, 1948; decided October 22, 1948.

*John P. McGrath, Corporation Counsel (Fred Iscol* and *Seymour B. Quel* of counsel), for appellant.

*Irving M. Berg* and *John P. Gering* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.